**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

**FEB 10 2003**

Clerk, U.S. District Court
District of Columbia

| | |
|---|---|
| MARY LOUISE CUMMINGS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 98-1183 (TPJ/JMF) |
| | ) |
| DEPARTMENT OF THE NAVY | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the parties' Joint Motion for Entry of Judgment, it is hereby

ORDERED that the parties' motion is GRANTED. The Clerk is directed to enter a final judgment in this matter.

Dated this _____ 10th _____ day of _____February____, 2003.

THOMAS PENFIELD JACKSON
UNITED STATES DISTRICT JUDGE



